# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00477-CV

### Chris Paladino and 4013 Clawson Road, LLC, Appellants

### v.

### City of Austin, Appellee

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004745, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Chris Paladino and 4013 Clawson Road, LLC have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justice Triana, and Justice Kelly

Dismissed on Appellants' Motion

Filed: October 8, 2021